UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RACHEL HOFMEISTER,                                                                                Plaintiff,

v.                                                                        Civil Action No. 3:16-cv-475-DJH-DW

EQUIFAX INFORMATION SERVICES,
LLC,                                                                                              Defendant.

\* \* \* \* \*

**ORDER**

Plaintiff Rachel Hofmeister filed a stipulation of dismissal with prejudice. (Docket No. 5)  But not all the parties who have appeared have signed the stipulation so Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is unavailing. Because Equifax has not served either an answer or a motion for summary judgment, the Court will construe the stipulation as a notice of voluntary dismissal with prejudice.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **STRICKEN** from the Court's active docket.

November 22, 2016

**David J. Hale, Judge**
**United States District Court**